Oscar Carlson, appellee, v. Carpenter Contractors' Association et al., appellants. Gen. No. 26,314.

Action in tort for conspiracy to prevent plaintiff's employment and to prevent the sale of building materials. Judgment for plaintiff. See *Carlson v. Edward Hines Lumber Co., ante,* p. 430. Appeal from the Municipal Court of Chicago; the Hon. Wells M. Cook, Judge, presiding. Heard in this court at the October term, 1920. Affirmed. Opinion filed April 3, 1922.

Musgrave, Oppenheim & Lee, Albert Fink and Adams, Childs, Bobb & Wescott, for appellants; John H. S. Lee, Francis M. Lowes, John H. Bishop, Robert W. Childs and James B. Wescott, of counsel. Hope Thompson and Albert M. Kales, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

---

John Seelentag, appellee, v. Security Trust & Deposit Company, appellant. Gen. No. 26,531.

Action to recover money taken from a safety deposit box rented of defendant. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. George J. Cowing, Judge, presiding. Heard in this court at the October term, 1920. Affirmed. Opinion filed April 3, 1922. *Certiorari* denied by Supreme Court (making opinion final).

W. W. Witty, for appellant; K. B. Czarnecki, of counsel. John R. Philp, for appellee; W. S. Johnson, of counsel.

Mr. Justice Matchett delivered the opinion of the court.

---

Nels B. Johnson, plaintiff in error, v. Enterprise Plumbing Supply Company et al., defendants in error. Gen. No. 26,736.

Decree dissolving a temporary injunction, allowing defendant damages for wrongful issue thereof and dismissing complainant's bill for want of equity. Error to the Circuit Court of Cook county; the Hon. Kickham Scanlan, Judge, presiding. Heard in this court at the March term, 1921. Affirmed. Opinion filed April 3, 1922.

William Slack, for plaintiff in error. Reuel H. Grunewald and Robert F. Kolb, for defendants in error.

Mr. Justice Matchett delivered the opinion of the court.

---

Unity Manufacturing Company, appellee, v. Simplex Corporation, appellant. Gen. No. 26,763.

Action on a contract to manufacture and deliver to defendant a quantity of gear studs. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Hosea W. Wells, Judge, presiding. Heard in this court at the March term, 1921. Affirmed. Opinion filed April 3, 1922. Rehearing denied April 17, 1922.

William A. Jennings, for appellant. Harry Bierma, for appellee.

Mr. Justice Matchett delivered the opinion of the court.